**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **OLGER HUMBERTO CALLE QUITUIZACA,**<br>**Petitioner,**<br><br>**v.**<br><br>**ANGEL GARITE**, *in his official capacity as Assistant Field Office Director of Enforcement and Removal Operations, El Paso Field Office, U.S. Immigration and Customs Enforcement, et al.,*<br>**Respondents.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-00179-DB** |

**ORDER ON MOTION FOR ADMISSION PRO HAC VICE**

On this day, the Court considered Attorney Solomon Daniel Steen's ("Attorney Steen") "Motion for Admission Pro Hac Vice," filed in Petitioner Olger Humberto Calle Quituizaca's above-captioned case on January 27, 2026. ECF No. 2. Therein, Attorney Steen "moves this Court to grant admission to the. . . Western District of Texas pro hac vice to represent [Petitioner] Olger Humberto Calle Quituizaca in this case." *Id.* After due consideration, this Motion is granted.

Accordingly, **IT IS HEREBY ORDERED** Attorney Steen's "Motion for Admission Pro Hac Vice," ECF No. 2, is **GRANTED**.

**IT IS FURTHER ORDERED** Attorney Steen is **GRANTED LEAVE** to appear pro hac vice on behalf of the Petitioner in this case.

**IT IS FURTHER ORDERED** Attorney Steen apply for admission to practice in the Western District of Texas in compliance with Local Rule for the Western District of Texas AT-1 **WITHIN SIXTY DAYS** of the entry of this Order and diligently pursue that application until admitted to practice before this Court. Should they choose not to pursue admission, they will not

be allowed to appear in any other action in the Western District of Texas until they have been formally admitted to practice.

**IT IS FINALLY ORDERED** Attorney Steen **REGISTER** as a filing user with the Court's Case Management/Electronic Case Files (CM/ECF) program within **TEN DAYS** of the entry of this Order in compliance with the administrative policies and procedures for electronic filing in the Western District of Texas.

**SIGNED** this **28th** day of **January 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**