**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **OLGER HUMBERTO CALLE QUITUIZACA,** | § | |
| **Petitioner,** | § | |
| | § | **EP-26-CV-00179-DB** |
| v. | § | |
| | § | |
| **ANGEL GARITE,** *in his official capacity as Assistant Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement, et al.,* | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the above-captioned case. On Feburary 6, 2026, Respondents filed an "Advisory to the Court," ECF No. 8, advising Petitioner was provided a bond hearing on Feburary 3, 2026, where the immigration judge ordered release from custody under bond of $3,000.00," in compliance with this Court's order in ECF No. 6.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than Feburary 12, 2026.**

**SIGNED** this **9th** day of **Feburary 2026**.

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**