# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **OLGER HUMBERTO CALLE QUITUIZACA,** §<br>    Petitioner, §<br> §<br>v. §<br> §<br>**ANGEL GARITE,** *in his official capacity*§<br>*as Assistant Field Office Director of* §<br>*Enforcement and Removal Operations, El* §<br>*Paso Field Office, Immigration and Customs* §<br>*Enforcement, et al.,* §<br>    Respondents. § | **EP-26-CV-00179-DB** |

## ORDER

On this day, the Court considered the above-captioned case. On Feburary 12, 2026, the parties filed a "Status Update," advising Petitioner was released from custody, but noted disagreement between them as to whether any issues remain to be decided in the above-captioned case.

Accordingly, **IT IS HEREBY ORDERED** the parties **MAY FILE** motions seeking resolution of their disagreements **no later than Feburary 20, 2026.** Should no motions be filed by the stated deadline, the Court advises the parties it will proceed to issue a final judgment in this matter in accordance with Federal Rule of Civil Procedure 58.

**SIGNED** this **13th** day of **Feburary 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**