# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **OLGER HUMBERTO CALLE QUITUIZACA,** § <br> Petitioner, § <br> § <br> v. § <br> § <br> **ANGEL GARITE,** *in his official capacity as Assistant Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement, et al.,* § <br> Respondents. § | **EP-26-CV-00179-DB** |

## FINAL JUDGMENT

On January 30, 2026, this Court issued an "Order," ECF No. 9, granting in part Petitioner Olger Humberto Calle Quituizaca's "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 or Order to Show Cause Within 3 Days," ECF No. 1, filed on January 27, 2026. On February 25, 2026, Respondents filed "Respondents' Advisory to the Court," ECF No. 15, notifying the Court "Petitioner's personal property items have been located and returned." Respondents further advised they "conferred with Petitioner's counsel to confirm the property return, and [confirmed] there are no remaining issues to be resolved in this case." *Id.* at 1. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **26th** day of **February 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**